UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cv-00165-FDW-DCK

| | |
|---|---|
| BRANDON BLEIER, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| SUN LIFE AND HEALTH INSURANCE COMPANY, | ) |
| Defendant. | ) |

THIS MATTER is before the Court upon the parties' Joint Motion to Vacate Initial Scheduling Order (Doc. No. 6). Because this is an ERISA benefits case that will involve the review of a previously developed record, the parties' request the Court enter an order stating that its Initial Scheduling Order does not apply to this case. The Court, however, determines that modifications to the progression of this case should be dealt with in the Initial Attorney's Conference and Case Management Plan rather than by the vacating the Initial Scheduling Order. Accordingly, the parties' motion (Doc. No. 6) is DENIED.

IT IS SO ORDERED.

Signed: May 16, 2018

Frank D. Whitney
Chief United States District Judge

1